**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 11-1100**

————————

ANTHONY LEE MCNAIR, Apostle,

        Plaintiff – Appellant,

    v.

TARBORO DISTRICT ATTORNEY'S OFFICE; WAYNE SHELTON BOYETTE,
State Counselor,

        Defendants – Appellees.

————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
Chief District Judge.  (5:10-cv-00545-FL)

————————

Submitted:  March 15, 2011        Decided:  March 21, 2011

————————

Before MOTZ and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Anthony Lee McNair, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Lee McNair appeals the district court's order adopting the recommendation of the magistrate judge and dismissing as frivolous McNair's 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. McNair v. Tarboro Dist. Att'y's Office, No. 5:10-cv-00545-FL (E.D.N.C. Jan. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2